IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BIR SINGH KHALSA,

    Plaintiff,

v.                                                                   CV 16-790 WPL/KBM

BANK OF AMERICA NATIONAL
ASSOCIATION and BANK OF NEW YORK
MELLON, as Trustee for the Certificate Holders
Of the CW ALT Inc., Alternative Loan Trust
2006-2CB Mortgage pass-through Certificates
Series 2006-2CB, f/k/a Bank of New York,

    Defendants.

**ORDER QUASHING ORDER TO SHOW CAUSE**

On October 6, 2016, I entered an Order to Show Cause (Doc. 6), requiring Plaintiff to effect service or provide the Court with a written explanation why service has not been effected no later than November 7, 2016. It now appearing that the Defendants have both appeared, the Order to Show Cause is quashed.

IT IS SO ORDERED.

_____
William P. Lynch
United States Magistrate Judge